**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-1217 |
| § | |
| PERRY NEWPORT BASS, § | |
| § | |
| Defendant. § | |

**ORDER**

The plaintiff's motion for default judgment, (Docket Entry No. 15), is denied because the defendant has filed a motion seeking leave to answer and explaining the delay. The defendant is granted leave to file an answer to the complaint no later than October 31, 2013.

SIGNED on October 16, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge